**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

ARNALDO ALONSO

                                              CASE NO.:

    Plaintiff,

    v.

NORTHLAND GROUP, INC.,

    Defendant.
_____/

**<u>NOTICE OF REMOVAL</u>**

Defendant, Northland Group, Inc. (Northland), through counsel, notices the removal of this action from the County Court, Seventeenth Judicial Circuit, in and for Broward County, Florida and respectfully states as follows:

1.      Northland is a defendant in this civil action filed by plaintiff, Arnaldo Alonso (plaintiff), in the County Court, Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Arnaldo Alonso v. Northland Group, Inc.*, Case # COCE-16-023216 (hereinafter the "State Court Action").

2.      Northland removes this case pursuant to 28 U.S.C. § 1441, as plaintiff's Complaint purports to allege causes of action against Northland that arise under federal law, including the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.,* and claims that are supplemental to the federal claims, including the Florida Consumer Collection Practices Act, (FCCPA), § 559, *et. seq.*

1

3.      Pursuant to 28 U.S.C. § 1446(b), Northland has timely filed this Notice of Removal.  Northland was served with plaintiff's Complaint on October 27, 2016.  This Notice of Removal is filed within 30 days of receipt of the Complaint by Northland.

4.      Attached hereto as Exhibit 1 and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.      As of the date of this filing, the defendant consents to removal of the State Court Action.

6.      A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court, Seventeenth Judicial Circuit, in and for Broward County, Florida.

WHEREFORE, Defendant, Northland Group, Inc., hereby removes to this Court the State Court Action.

Respectfully Submitted,


/s/ Michael P. Schuette
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2472
Facsimile:    (866) 466-3140
mschuette@sessions.legal
dvanhoose@sessions.legal

2

*Attorneys for Defendant,*
*Northland Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of November 2016, a copy of the foregoing was filed electronically.  A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Benjamin W. Raslavich, Esq.
Raslavich Law, P.A.
3225 S. MacDill Ave., Suite 129-272
Tampa, Florida 33629
ben@raslavichlaw.com


*/s/ Michael P. Schuette*
Attorney